IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GEORGE HICKEY**                                                                                          **PETITIONER**
**ADC #082060**

v.                          Case No. 5:13-cv-00280 KGB/BD

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                  **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered on this date, George Hickey's 28 U.S.C. § 2254 petition for writ of habeas corpus (Dkt. No. 1) is denied and dismissed with prejudice. The Court also denies a certificate of appealability.

SO ADJUDGED this 12th day of May, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE